IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DENISE KITCHEN, Individually And as Representative of the Estate of Gregory Maurice Kitchen, <br><br>  Plaintiff,<br>v.<br><br>DALLAS COUNTY, TEXAS, et. al.,<br><br>  Defendants. | § § § § § § § § § § § | 3:10-CV-1779-P |

## FINAL JUDGMENT

Pursuant to the Court's Order of April 23, 2013, the Court issues judgment as follows:

1) Plaintiff claims against all defendants are dismissed with prejudice; and

2) Costs are assessed against Plaintiff.

**IT IS SO ORDERED.**

Signed this 24th day of April, 2013.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE